IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 05-0404
 ((((((((((((((((

 In Re Mobile Home Mall, L.P. And MHM, L.L.C.,

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notices of bankruptcy of Mobile Home Mall, L.P.
and MHM, L.L.C., filed with this Court on October 6, 2005 and October 17,
2005, this case is ABATED. Tex. R. App. P. 8.2.
 2. The case is abated pursuant to Tex. R. App. P. 8.2 until
further order of this Court and is removed from the Court's active docket,
subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All
motions and other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. Tex. R. App. P. 8.2 and 8.3.
It is the parties' responsibility to immediately notify this Court once the
automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 2nd day of December, 2005.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk